In the Matter of HOME TITLE INSURANCE COMPANY.

DEL RITZ HOLDING COMPANY, INC., Appellant; FREDERICK
L. CRANFORD, as Trustee, et al., Respondents.

Submitted March 10, 1941; decided March 13, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 284 N. Y. 545.)

THEODORE QUINT, Appellant and Respondent, *v.* LENA GREENBERG, Respondent and Appellant, Impleaded with Others.

Submitted March 10, 1941; decided March 13, 1941.

*Harry M. Goodman* for plaintiff.

*Albert Mintzer* for Lena Greenberg, defendant.

Motions dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order is not appealable.